# EXHIBIT 1

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70183090000061401985

Your item was delivered at 9:13 am on October 16, 2019 in PHOENIX, AZ 85072.

## ⊘ Delivered

October 16, 2019 at 9:13 am
Delivered
PHOENIX, AZ 85072



### Tracking History

**October 16, 2019, 9:13 am**
Delivered
PHOENIX, AZ 85072
Your item was delivered at 9:13 am on October 16, 2019 in PHOENIX, AZ 85072.

**October 16, 2019, 9:09 am**
Arrived at Unit
PHOENIX, AZ 85026

**October 15, 2019**
In Transit to Next Facility

**October 14, 2019, 3:35 am**
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER

October 14, 2019, 3:12 am
Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

October 13, 2019, 11:49 am
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

October 13, 2019, 10:54 am
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER

October 13, 2019, 2:55 am
Departed USPS Regional Facility
SANTA CLARITA CA DISTRIBUTION CENTER

October 12, 2019, 4:45 pm
Arrived at USPS Regional Origin Facility
SANTA CLARITA CA DISTRIBUTION CENTER

Feedback

October 12, 2019, 3:49 pm
Departed Post Office
GLENDALE, CA 91205

October 12, 2019, 1:29 pm
USPS in possession of item
GLENDALE, CA 91205

## Product Information  ˄

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940253389154308829 |
| | Up to $50 insurance included. Restrictions Apply ⓘ | (/go/TrackConfirmAction!input.action?tLabels=9590940253389154308829) |

Case 2:19-cv-08766-DMG-AGR Document 7-3 Filed 12/10/19 Page 4 of 4 Page ID #:126

**See Less ∧**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback