# EXHIBIT 2



Kevin Kneupper <kevin@kneuppercovey.com>

## Fwd: Refund

**The Rok Music Academy** <therokacademy@gmail.com>                     Tue, Oct 15, 2019 at 1:50 PM
To: Kevin Kneupper <KEVIN@kneuppercovey.com>

---------- Forwarded message ---------
From: **support@immortelleyouth.com** <support@immortelleyouth.com>
Date: Tue, Oct 15, 2019 at 12:50 PM
Subject: Refund
To: <therokacademy@gmail.com>

Hi Stephanie Cummings,

This email is to inform you that $93.83 has been refunded to your Visa 1369 for order #36F44E5031

Please find the summary below.

| | |
|---|---|
| **Payment:** | Visa 1369 |
| **Refund Amount:** | $93.83 |
| **Refund Date:** | 10/15 3:50pm |
| **Transaction ID:** | 4960383108 |

--



Brad n Stephanie Cummings
The "Rok" Music Academy
5465 E. Carson St. Long Beach Ca 90808
562-429-7682
www.therokacademy.com