# EXHIBIT 2

Kevin Kneupper, Esq. (CA SBN 325413)
kevin@kneuppercovey.com
Kneupper & Covey, PC
4475 Peachtree Lakes Dr.
Berkeley Lake GA 30096
512-420-8407

*Attorney for Plaintiff Stephanie Cummings*
*and the putative Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CUMMINGS,<br><br>            Plaintiff,<br><br>      vs.<br><br>JOHN DOES 1-10 (s),<br><br>            Defendant(s) | Case No.:<br><br>**DECLARATION OF KEVIN M. KNEUPPER RE: VENUE PURSUANT TO CAL. CIV. CODE § 1780(d)** |

I, Kevin M. Kneupper, do hereby declare as follows:

1.      I am a partner at Kneupper & Covey PC, counsel of record for Plaintiff Stephanie Cummings. I am licensed to practice law in the States of California and Texas. I have personal knowledge of the facts stated herein, and if called to testify as a witness I could and would competently testify to them.

2.      Venue is proper in this Court because Defendants are doing business in the County of Los Angeles and the transactions at issue also occurred in the County of Los Angeles.

I declare and state under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed this 10th day of October, 2019 in Glendale, California.

Kevin M. Kneupper, Esq.
Declarant