Kevin Kneupper, Esq. (CA SBN 325413)
Kneupper & Covey, PC
4475 Peachtree Lakes Dr.
Berkeley Lake GA 30096
512-420-8407
kevin@kneuppercovey.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CUMMINGS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RALPH EMERSON WYER et al,<br><br>　　　　Defendants | Case No.: 2:19−cv−08766 DMG (AGRx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: May 12, 2020 (Adept Life Science LLC); May 18, 2020 (Adept Life Science Holdings LLC); May 19, 2020 (Michael Shields); May 19, 2020 (Windy Shields); May 21, 2020 (Nutraboom LLC)<br><br>Current Response Date: June 2, 2020 (Adept Life Science LLC); June 8, 2020 (Adept Life Science Holdings LLC); June 9, 2020 (Michael Shields); June 9, 2020 (Windy Shields); June 11, 2020 (Nutraboom LLC)<br><br>New Response Date: June 30, 2020 for Defendants Adept Life Science LLC, Adept Life Science Holdings LLC, Michael Shields, Windy Shields, Nutraboom LLC, and Michael and Windy |

STIPULATION TO EXTEND TIME TO RESPOND - 1

Shields in their capacity as the John Doe Trustees of the Nutraboom Trust

Pursuant to Local Rule 8-3 of the United States District Court for the Central District of California, Plaintiff Stephanie Cummings and Defendants Adept Life Science LLC, Adept Life Science Holdings LLC, Michael Shields, Windy Shields, Nutraboom LLC, and Michael and Windy Shields in their capacities as the John Doe Trustees of the Nutraboom Trust, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Plaintiff's Second Amended Complaint was served on Adept Life Science LLC on May 12, 2020; on Adept Life Science Holdings LLC on May 18, 2020; on Michael Shields on May 19, 2020; on Windy Shields on May 19, 2020, and on Nutraboom LLC on May 21, 2020;

WHEREAS Defendants Michael and Windy Shields in their capacity as the John Doe Trustees of the Nutraboom Trust have stipulated that their counsel, Jeffrey W. Shields, accepts service of the Second Amended Complaint on their behalf as of June 1, 2020;

WHEREAS Defendants' deadlines to respond to the Second Amended Complaint are currently June 2, 2020 for Adept Life Science LLC; June 8, 2020 for Adept Life Science Holdings LLC; June 9, 2020 for Michael Shields; June 9, 2020 for Windy Shields, and June 11, 2020 for Nutraboom LLC;

WHEREAS the parties have agreed to an extension of time for Defendants Adept Life Science LLC, Adept Life Science Holdings LLC, Michael Shields, Windy Shields, Nutraboom LLC, and Michael and Windy Shields in their capacity as the John Doe Trustees of the Nutraboom Trust to respond until June 30, 2020;

WHEREAS no prior extensions of time have been requested or granted;

THEREFORE, IT IS HEREBY STIPULATED that the time for Defendants Adept Life Science LLC, Adept Life Science Holdings LLC, Michael Shields, Windy Shields, Nutraboom LLC, and Michael and Windy Shields in their capacity as the John Doe Trustees of the Nutraboom Trust within which to respond to Plaintiff's Second Amended Complaint in this matter shall be extended to June 30, 2020.

Dated this 4th day of June, 2020

/s/ Kevin Kneupper /s/

Kevin Kneupper
*Attorney for Plaintiff Stephanie Cummings and the putative Class*

Dated this 4th day of June, 2020

/s/ Jeffrey W. Shields /s/

Jeffrey W. Shields
*Attorney for Defendants Adept Life Science LLC, Adept Life Science Holdings LLC, Michael Shields, Windy Shields, and Nutraboom LLC*

## Local Rule 5-4.3.4(a)(2)(i) Certification

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of the document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

/s/ Kevin Kneupper /s/
Kevin Kneupper