**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHANIE CUMMINGS**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**RALPH EMERSON WYER**, et al.,<br><br>Defendants. | Case No. 2:19-cv-08766-DMG-AGR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br><u>Complaint Served</u>: May 18, 2020 on Defendants Albert Capital LLC, Krauser Companies LLC, N S Kearse Holdings LLC, Parkside Health LLC, Red Cloud Adventures LLC, and Skyrocket Flights LLC; May 19, 2020 on Defendants B Multack Holdings LLC, Bon Bon Beauty LLC, Brand Health Group LLC, Collins Company LLC, Dawn Capital LLC, Diana Enterprises LLC, E M |

Marketing Production LLC, Elquest Empire LLC, Emerson Capital LLC, Gilmore Group LLC, Howard Health LLC, Krauser Wellness LLC, L & L Industries LLC, M G Industries LLC, Penny Management LLC, Positive Wellness LLC, Pow Wellness LLC, Rensfield Group LLC, Sargent Enterpises LLC, T M Group LLC, Thurmonator Focus LLC, Tjones Wellness LLC, Victory Empire LLC, and Zoucha Enterprise LLC; June 8, 2020 on Defendant Joseph Wyer

<u>Current Response Date</u>: June 8, 2020 for Defendants Albert Capital LLC, Krauser Companies LLC, N S Kearse Holdings LLC, Parkside Health LLC, Red Cloud Adventures LLC, and Skyrocket Flights LLD; June 9, 2020 for Defendants B Multack Holdings LLC, Bon Bon Beauty LLC, Brand Health Group LLC, Collins Company LLC, Dawn Capital LLC, Diana Enterprises LLC, E M Marketing Production LLC, Elquest Empire LLC, Emerson Capital LLC, Gilmore Group LLC, Howard Health LLC, Krauser Wellness LLC, L & L Industries LLC, M G Industries LLC, Penny Management LLC, Positive Wellness LLC, Pow Wellness LLC, Rensfield Group LLC, Sargent Enterpises LLC, T M Group LLC, Thurmonator Focus LLC, Tjones Wellness LLC, Victory Empire LLC, and Zoucha Enterprise LLC;

June 29, 2020 for Defendant Joseph Wyer

<u>New Response Date</u>: July 8, 2020

Plaintiff Stephanie Cummings and Defendants Ralph Wyer, Joseph Wyer, Island LLC, Emerson Capital LLC, Tjones Wellness LLC, Penny Management LLC, Sargent Enterprises LLC, Brand Health Group LLC, Thurmonator Focus LLC, Bon Bon Beauty LLC, Pow Wellness LLC, Positive Wellness LLC, Howard Health LLC, E M Marketing Production LLC, L & L Industries LLC, Zoucha Enterprise LLC, Collins Company LLC, Victory Empire LLC, N S Kearse Holdings LLC, Red Cloud Adventures LLC, Elquest Empire LLC, B Multack Holdings LLC, Skyrocket Flights LLC, T M Group LLC, M G Industries LLC, Diana Enterprises LLC, Rensfield Group LLC, Dawn Capital LLC, Gilmore Group LLC, Krauser Companies LLC, Krauser Wellness LLC, Parkside Health LLC, Albert Capital LLC, Noble Wellness LLC, Casey T Industries LLC, Pepper Hill Empire LLC, Albert Cameron LLC, Glenn Rose Capital LLC, Static Growth LLC, Anthony Companies LLC, Consistent Motion LLC, Complex Health Illumination LLC, Hussein Health LLC, and Emerson Capital Ltd. (collectively, "Stipulating Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Plaintiff's Second Amended Complaint was served on Defendants Albert Capital LLC, Krauser Companies LLC, N S Kearse Holdings LLC, Parkside Health LLC, Red Cloud Adventures LLC, and Skyrocket Flights LLC on May 18, 2020; on Defendants B Multack Holdings LLC, Bon Bon Beauty LLC, Brand Health Group LLC, Collins Company LLC, Dawn Capital LLC, Diana Enterprises LLC, E M Marketing Production LLC, Elquest Empire LLC, Emerson Capital LLC, Gilmore Group LLC, Howard Health LLC, Krauser Wellness LLC, L & L Industries LLC, M G Industries

1  LLC, Penny Management LLC, Positive Wellness LLC, Pow Wellness LLC,
2  Rensfield Group LLC, Sargent Enterpises LLC, T M Group LLC,
3  Thurmonator Focus LLC, Tjones Wellness LLC, Victory Empire LLC, and
4  Zoucha Enterprise LLC on May 19, 2020; and on Defendant Joseph Wyer
5  on June 8, 2020;

6      WHEREAS, Defendants Ralph Wyer, Island LLC, Noble Wellness
7  LLC, Casey T Industries LLC, Pepper Hill Empire LLC, Albert Cameron LLC,
8  Glenn Rose Capital LLC, Static Growth LLC, Anthony Companies LLC,
9  Consistent Motion LLC, Complex Health Illumination LLC, Hussein Health
10 LLC, and Emerson Capital Ltd. have stipulated that their counsel, Karl S.
11 Kronenberger, waives services of the Second Amended Complaint on their
12 behalf as of June 8, 2020;

13      WHEREAS, Defendants' deadlines to respond to the Second
14 Amended Complaint are currently June 8, 2020 for Albert Capital LLC,
15 Krauser Companies LLC, N S Kearse Holdings LLC, Parkside Health LLC,
16 Red Cloud Adventures LLC, and Skyrocket Flights LLC; June 9, 2020 for
17 Defendants B Multack Holdings LLC, Bon Bon Beauty LLC, Brand Health
18 Group LLC, Collins Company LLC, Dawn Capital LLC, Diana Enterprises
19 LLC, E M Marketing Production LLC, Elquest Empire LLC, Emerson Capital
20 LLC, Gilmore Group LLC, Howard Health LLC, Krauser Wellness LLC, L &
21 L Industries LLC, M G Industries LLC, Penny Management LLC, Positive
22 Wellness LLC, Pow Wellness LLC, Rensfield Group LLC, Sargent
23 Enterpises LLC, T M Group LLC, Thurmonator Focus LLC, Tjones Wellness
24 LLC, Victory Empire LLC, and Zoucha Enterprise LLC; and June 29, 2020
25 for Defendant Joseph Wyer;

26      WHEREAS, the parties have agreed to an extension of time for
27 Stipulating Defendants to respond until July 8, 2020;

28      WHEREAS, no prior extensions of time have been requested or

granted;

THEREFORE, IT IS HEREBY STIPULATED that the time for Stipulating Defendants to respond to Plaintiff's Second Amended Complaint in this matter shall be extended to July 8, 2020.

Respectfully Submitted,

DATED: June 8, 2020  **KNEUPPER & COVEY, PC**

s/ Kevin Kneupper
Kevin Kneupper

Counsel for Plaintiff

DATED: June 8, 2020  **KRONENBERGER ROSENFELD, LLP**

s/ Karl S. Kronenberger
Karl S. Kronenberger

Counsel for Defendants

### Local Rule 5-4.3.4(a)(2)(i) Certification

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of the document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

s/ Karl S. Kronenberger
Karl S. Kronenberger