AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2) On the Second Amended Class Action Complaint

Civil Action No. 2:19-cv-08766 DMG (AGRx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joseph Nelson Wyer
was received by me on *(date)* 05/27/2020 .

☑ I personally served the summons on the individual at *(place)* 1935 Corbett Highlands Place Arroyo Grande, CA 93420 on *(date)* 06/08/2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 90.00 for services, for a total of $ 90.00 .

I declare under penalty of perjury that this information is true.

Date: 6/8/2020

*Server's signature*

Jack Clemmensen, Process Server - San Luis Obispo County # PS 273
*Printed name and title*

Process Service Network, LLC
21218 Merridy Street
Chatsworth, CA 91311
*Server's address*

Additional information regarding attempted service, etc:
Personal service on Joseph Nelson Wyer on 06/08/2020 at 1935 Corbett Highlands Place, Arroyo Grande, CA 93420 at 11:46 a.m.

Additional documents served: Attachment 1; Attachment #2 to Summons; Second Amended Class Action Complaint; Exhibits 1 & 2