# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephanie Cummings,<br><br>        Plaintiff<br><br>        v.<br><br>Ralph Emerson Wyer, et al.,<br><br>        Defendants. | Case No. 2:19-cv-08766 |

## AFFIDAVIT OF SERVICE UPON DEFENDANT KINKAR SAHA

Comes now Michael Charles Jarvis, who upon oath states the following:

1.      I am a professional process server and the owner/manager of ROBUK Process Serving (Wgtn) Limited, and am authorized to serve process in New Zealand.

2.      On Thursday, July 9, 2020, I was instructed by Aaron Lukken, Esq. of Viking Advocates, LLC of Kansas City, Missouri, in turn instructed by Kevin Kneupper, Esq. of Kneupper & Covey PC of Berkeley Lake, Georgia, counsel for the plaintiff, to serve the following documents upon Kinkar Saha in the above-referenced matter, pursuant to Fed. R. Civ. P. 4(f)(2)(A) and 4(f)(2)(C)(1):

- Summons in a Civil Action on the Second Amended Class Action Complaint, with Attachment 1 (Doc. 23)
- Second Amended Class Action Complaint with Exhibits 1 and 2 (Docs. 21, 21-1, and 21-2)
- Mr. Kneupper's CLRA Letter, May 26, 2020

3.      According to plaintiff's counsel, the defendant's address is:

> 191 Thorndon Quay
> Pipitea, Wellington 6011
> New Zealand

4.      At 1:07 p.m. on Wednesday, July 15, 2020, I travelled to the Thorndon Quay address and was met by Kinkar Saha, who acknowledged his identity.



5.    After a brief meeting with him in which I explained my role as a process server, I handed him the above referenced documents and informed him that he had been served on behalf of Stephanie Cummings. He accepted the documents without incident.

6.    Mr. Saha is of south Asian ethnicity, approximately 1.75 metres tall, with dark hair and eyeglasses. A photograph of Mr. Saha is attached hereto as Exhibit A, and was copied from his website, https://www.kinkarsaha.com/about-me/, on July 16, 2020.

7.    I believe service in this matter to have been effected according to the laws of New Zealand for cases heard in that jurisdiction.

I swear that the foregoing statements are true to the best of my knowledge.

.

Respectfully submitted,

_____
Michael Charles Jarvis
ROBUK Process Serving (Wgtn) Limited
PO Box 26-058
Wellington 6442, New Zealand

Subscribed and sworn before me
on 21   July 2020

_____    Michaela Stack
Registrar/ Deputy Registrar of the High Court of New Zealand

**EXHIBIT A**

https://www.kinkarsaha.com/about-me/



This is the annexure marked........'A'........referred to in
the within affidavit of...Michael Charles JARVIS...
and affirmed / sworn at Wellington this...21st...
day of...July...2020.......................
Signature:..............................................before me:
                                            Michaela Stack
Deputy Registrar of the High Court of New Zealand