UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 19-8766-DMG (AGRx)** | Date January 29, 2021 |
| Title *Stephanie Cummings v. Ralph Emerson Wyer, et al.* | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS – ORDER DISMISSING ACTION**

     Plaintiff having filed a Notice of Voluntary Dismissal of the action [Doc. # 91], this action is dismissed in its entirety. Plaintiff's individual claims are dismissed with prejudice and the putative class claims are dismissed without prejudice. All pending motions to dismiss [Doc. ## 43, 47, 54, 68, and 81] are DENIED as moot. All dates and deadlines are VACATED.

IT IS SO ORDERED.